JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEREMY HOLLAND,

                    Plaintiff,

       v.

AK AUTO SERVICES, *et al.*,

                  Defendants.

Case No. 2:24-cv-06374-FLA (JCx)

**ORDER DISMISSING ACTION [DKT. 20]**

1

1    On October 11, 2024, Plaintiff Jeremy Holland ("Plaintiff") filed a Notice of

2  Voluntary Dismissal of Entire Action with Prejudice ("Notice"), dismissing the action

3  pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 20.  Having considered the Notice and

4  finding good cause therefor, the court hereby ORDERS:

5         1.  All dates and deadlines governing this action are VACATED.

6         2.  The court DISMISSES the action with prejudice.

7

8    IT IS SO ORDERED.

9

10  Dated: October 15, 2024

11                                                    FERNANDO L. AENLLE-ROCHA
                                                      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28